June 12, 1973

No. 73-28 Willie Mickens, PVT, U. S. Army v. COL John B. Blount, Commander, 3d Infantry Division, Support Command; LTC C. E. Simon, Correctional Officer, U. S. Forces, Confinement Facility, Fuerth, Germany; and The Honorable Howard H. Calloway, Secretary of the Army, Washington, D. C. 20310.

ORDERED that said petition be, and the same hereby is, dismissed for lack of jurisdiction. United States v. Snyder, 18 U.S.C.M.A. 480, 40 C.M.R. 192 (1969).

Judge Duncan would dismiss the petition for failure to set forth a valid basis for relief. See Order issued April 2, 1973, United States v. Unrue, Docket No. 26,552.

April 2, 1973

No. 73-13 Michael E. Allen, PVT, U. S. Marine Corps v. John W. Warner, Secretary of the Navy; GEN Robert Cushman, Commandant of the Marine Corps; and BRIG GEN Frank Lang, Commanding General of El Toro Marine Corps Air Station.

On consideration of the "Petition for Writ of Coram Nobis" filed in the above-entitled action, it appearing that assuming the matter complained of therein constituted error, such error could not have prejudiced petitioner, it is, by the Court, this 2d day of April 1973,

ORDERED:

That said petition be, and the same hereby is denied. See Article 59(a), Uniform Code of Military Justice, 10 U.S.C. § 859(a); Allen v. Warner, No. 72-2835-EC, U. S. District Court, Central District of California, Crary, J., February 12, 1973.

April 10, 1973

No. 73-15 Karl B. Fissler, MM2, U. S. Navy v. United States of America, CAPT S. J. Anderson, USN, Commander, Submarine Squadron Four.

On consideration of the Petition for Writ of Prohibition filed in the above-entitled action it appearing that the relief sought is not in aid of this Court's jurisdiction, it is, by the Court, this 10th day of April 1973,

ORDERED that said petition be, and the same hereby is, dismissed.

May 16, 1973

No. 73-23 Peter P. Mascavage, SK3, U. S.

Navy v. CAPT H. B. Lee, Commander, Navy Photographic Center, Washington, D. C. 20374.

ORDERED that said petition be, and the same is, hereby denied.